PROB 12A
(07/06)

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF TEXAS

### Report on Offender Under Supervision - No Court Action Required

| | | |
|---|---|---|
| Name of Offender: | Jorge A. Sanchez | Case Number: 5:06CR00698-001 |
| Name of Sentencing Judge: | The Honorable Ivan L.R. Lemelle | |
| Date of Original Sentence: | November 9, 2006 | |
| Original Offense: | Possession with intent to distribute a quantity in excess of 5 kilograms of cocaine, in violation of 21 U.S.C. § 841(a)(1), 841(b)(1)(A) and 18 U.S.C. § 2 | |
| Original Sentence: | Sixty months custody, five year TSR, 100 hours of community service, participation in a drug treatment program and $100 special assessment | |
| Type of Supervision: | Supervised Release | Supervision Started: March 9, 2010 |

## EARLIER COURT ACTION

NONE

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Drug possession, usage distribution or administration |

**DETAILS:** On May 6, 2010, the offender submitted a random urine specimen for testing at STCADA that tested positive for cocaine. The offender was confronted with the positive test result and admitted to the use. The offender stated that he had been having family issues that led him to use. Mr. Sanchez denied any further drug use and all urine samples collected after his positive result have tested negative for any illegal substances.

**U.S. Probation Officer Action:** At this time we are recommending that no action be taken on this violation of supervised release. The offender will remain on the most intensive phase of outpatient treatment for an additional two months. In addition, one additional urinalysis collection per month will be collected at the U.S. Probation Office.

RE: Jorge A. Sanchez 2
Dkt. No.: 5:06CR00698-001

Approved:                                            Respectfully submitted:

*Sara A. Hinojosa*                          by      *Alicia Blanco*
───────────────────────                              ───────────────────────
Sara A. Hinojosa, Supervising                        Alicia B. Bustamante
U.S. Probation Officer                               U.S. Probation Officer
                                                     July 13, 2010

RE: Jorge A. Sanchez 3
Dkt. No: 5:06CR00698-001

[X] Court Concurs with Recommended Action

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other:


_____
Micaela Alvarez
U. S. District Judge


July 15, 2010
_____
Date