PROB 12A
(07/06)

# UNITED STATES DISTRICT COURT
# for the
# SOUTHERN DISTRICT OF TEXAS

### Report on Offender Under Supervision - No Court Action Required

| | | |
|---|---|---|
| Name of Offender: | Jorge A. Sanchez | Case Number: 5:06CR00698-001 |

Name of Sentencing Judge: The Honorable Micaela Alvarez

Date of Original Sentence: November 9, 2006

Original Offense: Possession With Intent to Distribute a Quantity in Excess of 5 Kilograms of Cocaine, in violation of 21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2

Original Sentence: Sixty (60) months custody, five (5) years of supervise release, 100 hours fo community service hours, drug aftercare program, and a $100 special assessment fee

| | | |
|---|---|---|
| Type of Supervision: | Supervised Release | Supervision Started: March 9, 2010 |

## EARLIER COURT ACTION

**07/15/10**: A Report on Offender Under Supervision -No Court Action Required was submitted notifying the Court that the offender tested positive for cocaine. The Court concurred for the offender to remain two extra months in an intensive outpatient treatment program and that one additional urine specimen be collected per month.

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition of supervision:

| **Violation Number** | **Nature of Noncompliance** |
|---|---|
| 1 | **DRUG POSSESSION, USAGE DISTRIBUTION OR ADMINISTRATION** |

**Details**: On July 28, 2011, the offender reported to the U.S. Probation Office and provided a urine specimen which tested positive for cocaine. On August 19, 2011, the offender admitted using cocaine prior to the urine collection on 07/28/2011. Additionally, he also admitted using cocaine on August 16, 2011, which resulted in a positive urine sample for cocaine.

**U.S. Probation Officer Recommending:** At this time we are recommending that no action be taken on his violation. The offender was referred to the South Texas Council on Alcohol and Drug Abuse (STCADA) and will commence outpatient treatment on August 23, 2011. The Court reserves the right to address this violation at a later date.

| Approved: | | Respectfully submitted: |
|---|---|---|
| *(signature)* | by | *(signature)* |
| E. Joel Garcia, Jr., Supervising<br>U.S. Probation Officer | | Agustin Gamez, Jr.<br>U.S. Probation Officer<br>August 25, 2011 |

RE:   Jorge A. Sanchez                                          3
      Dkt. No:   5:06CR00698-001

[×]   Court Concurs with Recommended Action

[ ]   Submit a Request for Modifying the Conditions or Term of Supervision

[ ]   Submit a Request for Warrant or Summons

[ ]   Other:


_____
Micaela Alvarez
U. S. District Judge


August 31, 2011
_____
                        Date