Probation Form No. 35A  
(5/00)

Report and Order Terminating Supervision  
Only, Before Original Expiration Date

## United States District Court
## for the
## Southern District of Texas

United States of America

    versus

Criminal Case:   5:06CR00698-001

JORGE A. SANCHEZ

On March 9, 2010 this defendant was placed on supervised release for five years. The defendant has complied with the court's restrictions and no longer needs supervision. It is recommended that supervision only be terminated.

Respectfully submitted,

_Veronica Y. Lopez_  
Veronica Y. Lopez  
United States Probation Officer

### Order of Discharge

On the probation officer's recommendation, the defendant is discharged from supervision only. Jurisdiction continues through March 8, 2015.

Signed April 17, 2013        Laredo, Texas.

MARINA GARCIA MARMOLEJO  
UNITED STATES DISTRICT JUDGE